COURT OF APPEALS CAUSE NO. 03-14-00621-CV

FILED
May 29, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

| | | |
|---|---|---|
| Frank M. Seliger | § | IN THE COURT OF APPEALS |
| PLAINTIFF | § | |
| | § | |
| vs. | § | |
| | § | |
| Ethiopian Evangelical Church | § | |
| DEFENDANT | § | THIRD DISTRICT OF TEXAS |

## MOTION FOR CONTINUANCE: THAT THE COURT GRANT A 30 DAY CONTINANCE—FOR THE APPELLANT'S REPLY TO THE APPELLEE'S BRIEF

The Plaintiff in the case listed above requests a 30 extension of the due date for the Appellant's Brief.

The Plaintiff needs to confer with a source who is currently out of town.

Thank you for your assistance in this matter.

_____ pro-se
SIGNATURE OF DEFENDANT

_____ 5-29-2015
PRINTED NAME OF DEFENDANT

---

### Certificate of Service

I certify that a complete copy of this document was delivered to the Defendant's attorney... by certified mail.

5/29/2015

Date: 5-29-2015

### Certificate of Conference

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred with the appropriate party on the merits of this motion with the following results:

The Plaintiff conferred by phone with opposing counsel-- concerning the above Motion and email." They stated... "We have no objection

RECEIVED
MAY 2 9 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Ms. James
Minesve Served.
in Buda